# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | | **ORDER** |
| v. | | |
| Robert Dean White, | | |
| | Defendant, | Crim. No. 08-299 (RHK) |
| Michael Catain, | | |
| | Defendant, | Crim. No. 08-302 (RHK) |
| Deanna Lynn Coleman, | | |
| | Defendant, | Crim. No. 08-304 (RHK) |
| Larry Reynolds, | | |
| | Defendant. | Crim. No. 08-320 (RHK) |

---

The Defendant in each of these cases has pleaded guilty in connection with a fraud scheme for which Thomas Joseph Petters was convicted by jury of 20 counts of wire fraud, mail fraud, money laundering, and conspiracy (Crim. No. 08-364). By Order dated June 3, 2010 (Doc. No. 459), the Court declined to order restitution in the Petters matter. In the Court's view, the reasons for declining a restitution order in Petters are equally applicable with respect to these Defendants. Accordingly, for the reasons stated in the Court's June 3, 2010 Order in Petters, which are expressly adopted herein by reference, the Court **DECLINES** to order restitution by these Defendants. Instead, the Government may proceed through the remission process, as authorized in 21 U.S.C. § 853(j) and 28 C.F.R. Part 9.

Dated: June 4, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge