# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

United States of America,

**ORDER**

v.

Robert Dean White,
    Defendant,      Crim. No. 08-299 (RHK)

Michael Catain,
    Defendant,      Crim. No. 08-302 (RHK)

Deanna Lynn Coleman,
    Defendant,      Crim. No. 08-304 (RHK)

Larry Reynolds,
    Defendant,      Crim. No. 08-320 (RHK)

James Wehmhoff,
    Defendant,      Crim. No. 08-387 (RHK)

Gregory Bell,
    Defendant,      Crim. No. 09-269 (RHK)

Harold Katz,
    Defendant.      Crim. No. 09-243 (RHK)

___

Sentencing in each of the above-referenced cases will occur during the week of August 16, 2010 in Courtroom 7A, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota; Ms. Siebrecht (651-848-1166) will be contacting counsel to schedule the date and time.

Dated: June 30, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge