# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                  Plaintiff,

                                       Crim. No. 08-299 (RHK)
                                       **ORDER**

v.

Robert Dean White,

                  Defendant.

---

The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 29), **IT IS ORDERED** as follows:

1. Defendant shall serve and file his response to the Motion on or before August 23, 2010; and

2. The Government may serve and file a Reply in support of its Motion, if any, on or before August 30, 2010.

Dated: August 10, 2010                                                s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                       United States District Judge