**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

                Plaintiff,

                                            Crim. No. 08-299 (RHK)
                                            **ORDER**

v.

Robert Dean White,

                Defendant.

---

Robyn White, Defendant's wife, having petitioned (Doc. No. 55) pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2 for the distribution to her of certain property ordered forfeited under the Court's Second Preliminary Order of Forfeiture (Doc. No. 51), **IT IS ORDERED** as follows:

    1.    The Government shall serve and file a response to the Petition, along with all supporting documents, on or before March 10, 2011; and

    2.    Petitioner shall serve and file her reply in support of the Petition, if any, along with all supporting documents, on or before March 18, 2011.

After the foregoing have been filed, the Court will advise the parties whether it intends to hold a hearing on the Petition or, rather, whether it will decide the Petition on the papers submitted.

Dated: February 22, 2011          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge