**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Crim. No. 08-299 (RHK)
**ORDER**

v.

Robert Dean White,

Defendant.

---

Robyn White, Defendant's wife, has filed a Amended Petition (Doc. No. 55), pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2, for the distribution to her of certain property ordered forfeited under the Court's Second Preliminary Order of Forfeiture (Doc. No. 51). On February 22, 2011, the Court issued an Order (Doc. No. 57) setting a briefing schedule on the Amended Petition. In response, the Government filed a Motion to Dismiss the Amended Petition (Doc. No. 59). In light of the foregoing , **IT IS ORDERED** that the Court's previous deadlines are modified as follows:

1. Petitioner shall serve and file a Memorandum in Opposition to the Government's Motion to Dismiss on or before March 31, 2011; and

2. The Government may serve and file a reply in support of the Motion, if any, on or before April 11, 2011.

After the foregoing documents have been filed, the Court will advise the

parties whether it intends to hold a hearing on the Motion or, rather, whether it will decide the Motion on the papers submitted.

Dated: March 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge